■ In the Matter of Jesse D. and Another, Infants. Erie County Department of Social Services, Respondent; Jody D., Appellant. [689 NYS2d 900] —Order unanimously affirmed without costs for the reasons stated in decision at Erie County Family Court, Rosa, J. (Appeal from Order of Erie County Fam-

ily Court, Rosa, J.—Terminate Parental Rights.) Present—Denman, P. J., Lawton, Hayes, Pigott, Jr., and Scudder, JJ.